**Order entered September 30, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00613-CV

## IN THE INTEREST OF M.A.H., A CHILD

**On Appeal from the 417th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 417-51726-2011**

## ORDER

We **GRANT** appellant's unopposed September 19, 2014 motion to abate appeal for findings of fact and conclusions of law. *See* TEX. FAM. CODE ANN. § 6.711 (West 2006); TEX. R. CIV. P. 296, 297; *Panchal v. Panchal*, 132 S.W.3d 465, 466-67 (Tex. App.–Eastland 2003, no pet.). We **ORDER** the Honorable Cynthia M. Wheless, Judge of the 417th Judicial District Court of Collin County, Texas to make findings of fact and conclusions of law, in accordance with Texas Family Code section 6.711, within thirty (30) days of the date of this order. The findings of fact and conclusions of law shall be filed in a supplemental clerk's record with this Court within forty-five (45) days of the date of this order.

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to Judge Wheless, Collin County District Clerk Andrea Stroh Thompson, and all counsel of record.

We **ABATE** the appeal to allow the trial court to comply with this order. The appeal will be reinstated forty-five (45) days from the date of this order or when the Court receives the findings of fact and conclusions of law, whichever occurs sooner.

/s/    CRAIG STODDART
        JUSTICE